UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-6812 AB(JC) | Date | May 27, 2016 |
|---|---|---|---|
| Title | David James Pangborn v. Los Angeles County Deputy Sheriffs, etc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none present | none present |

**Proceedings:**     (IN CHAMBERS)

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE AS AGAINST DEFENDANTS JARVIS, AVALOS AND SANDOVAL**

On January 19, 2016, David James Pangborn ("plaintiff"), who is in custody, is proceeding *pro se*, and has been granted leave to proceed in forma pauperis, filed the operative First Amended Complaint ("Complaint") suing, among others, Deputies Jarvis, Avalos, and Sandoval of the Los Angeles County Sheriff's Department ("LASD"). (Docket No. 19).

Incarcerated pro se plaintiffs proceeding in forma pauperis, are entitled to rely on the United States Marshal's Service ("USMS") for service of the summons and complaint, but must provide accurate and sufficient information to effect such service. See Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990); Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994), abrogated on other grounds by Sandin v. Connor, 515 U.S. 472 (1995)). Accordingly, on January 22, 2016, this Court directed plaintiff to provide completed USM-285 Forms with sufficient information to enable the USMS to effect service on the defendants and authorized the USMS to effect service upon defendants, including Deputies Jarvis, Avalos and Sandoval. (Docket Nos. 20, 21). More specifically, the Court directed plaintiff to complete and return to the clerk, a USM-285 Form for each of the foregoing defendants, among others, providing the first and last name of the defendant, any available identification number, and a complete street address where the defendant could be served. Pursuant to Fed. R. Civ. P. 4(m), absent good cause, service of the operative First Amended Complaint and summons generally must be accomplished within 90 days of the filing of the complaint, i.e., by April 18, 2016.

As reflected on the Notice of Submission of Documents to Clerk of Court filed February 4, 2016, plaintiff sent "completed" USM-285 Forms to the Clerk on January 31, 2016. (Docket No. 22). The forms provided for at least Deputies Jarvis, Avalos and Sandoval did not include their first names. On April 12, 2016, the USMS filed the USM-285 Forms for Deputies Jarvis, Avalos and Sandoval, indicating that the USMS had been unable to locate and effect service upon such individuals based upon the information supplied by plaintiff. (Docket Nos. 30-32). More specifically, it appears that Deputy

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-6812 AB(JC) | Date | May 27, 2016 |
|---|---|---|---|
| Title | David James Pangborn v. Los Angeles County Deputy Sheriffs, etc., et al. | | |

Jarvis is no longer employed by the LASD and thus could not be served at the address provided (Docket No. 32) and that the LASD needed more information regarding Deputies Avalos and Sandoval than plaintiff provided in order to ascertain the correct employees (Docket No. 31).

Where a *pro se* plaintiff fails to provide the USMS with accurate and sufficient information to effect service of the summons and complaint, a court may dismiss the unserved defendant *sua sponte*. Walker, 14 F.3d at 1421-22. Here, plaintiff has failed to provide the requisite information to enable the USMS to effect service on Deputies Jarvis, Avalos and Sandoval within the 90-day deadline specified in Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED pursuant to Fed. R. Civ. P. 4(m) that no later than **June 16, 2016**, plaintiff shall show good cause in writing, if any exists, why this case should not be dismissed as against Deputies Jarvis, Avalos and Sandoval based on plaintiff's failure to provide accurate and sufficient information to enable the USMS timely to effect service of the summons and operative First Amended Complaint upon them.[1]

**Plaintiff is cautioned that the failure to comply with this Order and/or to show good cause, may result in the dismissal of this action as against Deputies Jarvis, Avalos and Sandoval based on plaintiff's failure to provide accurate and sufficient information to enable the USMS to effect service of the summons and operative First Amended Complaint upon them, plaintiff's failure to prosecute, and/or plaintiff's failure to comply with this Order.**

IT IS SO ORDERED.

Attachment

|  | Initials of Deputy Clerk | hr |
|---|---|---|

---

[1] In the event plaintiff no longer wishes to proceed with this action as against Deputies Jarvis, Avalos and Sandoval, plaintiff may instead sign and returned the attached Notice of Dismissal which will result in the dismissal of such deputies from this action without prejudice.