# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-6812 AB(JC) | Date | August 16, 2016 |
|---|---|---|---|
| Title | David James Pangborn v. Los Angeles County Deputy Sheriffs, etc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
|---|---|
| none present | none present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On January 19, 2016, David James Pangborn ("plaintiff"), who is in custody, is proceeding *pro se*, and has been granted leave to proceed in forma pauperis, filed the operative First Amended Complaint ("Complaint") suing, among others, Deputies Jarvis, Avalos, and Sandoval of the Los Angeles County Sheriff's Department ("LASD"). (Docket No. 19). The Complaint reflects that plaintiff is housed at the CSP-SAC, P.O. Box 290066, Represa, CA 95671 ("Address of Record"). The most recent document filed by plaintiff in this action (Docket No. 46) reflects that as of June 29, 2016 (the date he signed such filing), plaintiff then continued to reside at the Address of Record. On July 8, 2016, the Clerk mailed to plaintiff at his Address of Record a Notice of Discrepancy and Order which had been issued on July 7, 2016. (Docket No. 47). On July 29, 2016, the foregoing Notice of Discrepancy and Order was returned by the Postal Service as undeliverable with the notations: "Return to Sender" and "Unable to Forward." (Docket No. 48). Pursuant to Local Rule 41-6, a party proceeding *pro se* is required to keep the Court and opposing parties apprised of such party's current address and telephone number, if any. Local Rule 41-6 further provides that if mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

**Accordingly, plaintiff is Ordered to Show Cause within fourteen (14) days, i.e., no later than, August 30, 2016, as to why this Court should not recommend dismissal of this action for want of prosecution based upon plaintiff's failure to notify the Court in writing of his current address. If plaintiff has not responded to this Order to Show Cause and notified the Court in writing of plaintiff's current address by August 30, 2016, this Court will recommend dismissal of this action for want of prosecution.**

IT IS SO ORDERED.

| | Initials of Deputy Clerk | hr |
|---|---|---|