UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES PANGBORN,<br><br>               Plaintiff,<br><br>    v.<br><br>LT. BAUDINO, et al.,<br><br>               Defendants. | Case No. CV 15-6812 AB(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Original Complaint, the First Amended Complaint, all documents filed in support of and in opposition to the Motions to Dismiss the First Amended Complaint filed by the County of Los Angeles and defendants Joseph Dempsey, Anthony Baudino, John Glynn, Sterling Haley, and Brian Avalos ("Motions to Dismiss") (including the opposition filed by plaintiff on March 2, 2017), the February 16, 2017 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") (including the incorporated order dismissing the Original Complaint), and all of the records herein. The Court agrees with and approves and accepts the Report and Recommendation (including, to the extent it has not already done so, the incorporated order dismissing the Original Complaint).

1  IT IS HEREBY ORDERED: (1) this action shall proceed on the Remaining
2  Claims (as defined in the Report and Recommendation; (2) the Other Claims (as
3  defined in the Report and Recommendation) are dismissed with leave to amend;
4  (3) the Motions to Dismiss are denied (a) on the merits to the extent they seek
5  dismissal of the Remaining Claims; and (b) as moot to the extent they seek
6  dismissal of the Other Claims; (4) plaintiff is directed that (a) if he wishes to
7  proceed with the Other Claims and is able to cure the deficiencies therein identified
8  in the Report and Recommendation, he shall file a Second Amended Complaint
9  within fourteen (14) days of the date of this Order;[1] and
10  (b) alternatively, if plaintiff elects to proceed solely on the Remaining Claims and
11  not to file a Second Amended Complaint, he shall file a Notice of Intent to Proceed
12  Solely on Remaining Claims by the foregoing deadline.

**Plaintiff is cautioned that, absent further order of the Court, the failure timely to file a Second Amended Complaint or a Notice of Intent to Proceed Solely on Remaining Claims may result in the dismissal of this action, with or without prejudice, based upon plaintiff's failure to comply with this Order and/or plaintiff's failure diligently to prosecute.**

---

[1] Any Second Amended Complaint must: (a) be labeled "Second Amended Complaint" (Fed. R. Civ. P. 10(a)); (b) be complete in and of itself and not refer in any manner to the Original or First Amended Complaints – *i.e.*, it must include all claims on which plaintiff seeks to proceed (including, if plaintiff wishes to proceed thereon, the Remaining Claims) (Local Rule 15-2); (c) contain a "short and plain" statement of the claim(s) for relief (Fed. R. Civ. P. 8(a)); (d) make each allegation "simple, concise and direct" (Fed. R. Civ. P. 8(d)(1)); (e) present allegations in sequentially numbered paragraphs, "each limited as far as practicable to a single set of circumstances" (Fed. R. Civ. P. 10(b)); (f) state each claim founded on a separate transaction or occurrence in a separate count as needed for clarity (Fed. R. Civ. P. 10(b)); (g) set forth clearly the sequence of events giving rise to the claim(s) for relief; (h) allege specifically what each individual defendant did and how that individual's conduct specifically violated plaintiff's civil rights; and (i) not change the nature of this suit by adding new, unrelated claims or defendants, cf. George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (civil rights plaintiff may not file "buckshot" complaints – *i.e.*, a pleading that alleges unrelated violations against different defendants).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Report and Recommendation on plaintiff and counsel for defendants who have appeared in this action.

IT IS SO ORDERED

DATED: March 26, 2017

_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE