

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES PANGBORN,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY DEPUTY SHERIFFS LIEUTENANT BAUDINO, et al.,<br><br>Defendants | CASE NO. CV 15-6812 AB(JC)<br><br>ORDER TO SHOW CAUSE WHY DEFENDANT SANDOVAL SHOULD NOT BE REQUIRED TO REIMBURSE U.S. MARSHAL FOR COSTS OF SERVICE AFTER FAILING TO WAIVE SERVICE |

Federal Rule of Civil Procedure 4(d) places a duty on defendants to avoid the unnecessary expense of service. Defendant Jonathan Sandoval was mailed a copy of the summons and operative version of the complaint and a waiver of service form and elected not to waive service and to avoid such costs. See Attachment (United States Marshal's Service Notification of Expenses Incurred by the United States Marshal RE: In Forma Pauperis Personal Service on Defendant (with attached From USM-285)). As a result, the United States Marshal's Service was required to personally serve defendant Sandoval at a cost of $66.61. See id. Rule 4(d) requires that the Court must impose the cost of service on a defendant who fails, without good cause, to return a waiver.

IT IS THEREFORE ORDERED that Defendant Jonathan Sandoval shall show good cause in writing by not later than **May 24, 2018** as to why he should not be ordered to reimburse the United States Marshal's Service for the cost of personal service, *i.e.*,

why he should not be ordered to pay the United States Marshal's Service $66.61 in the form of a check, cashier check, or money order payable to the United States Marshal's Service. Alternatively, defendant Jonathan Sandoval may provide written proof of having made such payment to the United States Marshal's Service by the foregoing deadline.

IT IS SO ORDERED.

DATED: May 9, 2018

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

Attachment