JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David James Pangborn<br><br>          Plaintiff,<br><br>v.<br><br>Los Angeles County Deputy Sheriffs<br>Lieutenant Baudino, et al<br><br>          Defendants. | Case No.  CV 15-06812-AB (JCx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **14 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 3, 2019        _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.